COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Joseph Lebleu Jr.
Caldwell Correctional Center DOC No. 623819
671 Hwy 845
Grayson La 71435

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 28, 2018

**REHEARING ACTION: December 28, 2018**

**Docket Number: 18   00557-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JOSEPH LEBLEU JR.**
**A/K/A JOSEPH FLOYD LEBLEU, JR.**

**Appealed from Evangeline Parish Case No. 96690-F**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Marc T. Amy**
    **Hon. Billy Howard Ezell**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joseph Lebleu Jr.** has this day been

    **DENIED.**

cc: Hon. Trent Brignac, Counsel for the Appellee
    Timmy James Fontenot, Counsel for the Appellee
    Nicole Fuselier Gil, Counsel for the Appellee